# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 609 MAL 2016

                Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

          v.   :

RASSHAUL FOSTER,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.